

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2015

No. 04-15-00349-CV

Steven Mitchell **GARY**,
Appellant

v.

Mary **ROMAN**: Gerald C. Moton, Esq.; Irene Hall, Grand Jury Foreman; and unidentified
Prosecutors of the 175th District Court,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01986
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellant's request that this court appoint counsel to represent him in this matter is denied.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court